Kent Defense Corporation, Appellant, *v.*
Colonial Assurance Company et al.

Argued November 15, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Frederic L. Ballard, Jr.*, with him *Hamilton C. Connor, Jr., Charles I. Thompson* and *Ballard, Spahr, Andrews & Ingersoll*, for appellant.

*Morris Wolf*, with him *Wolf, Block, Schorr & Solis-Cohen*, for Colonial Assurance Company, appellee.

*Robert H. Malis*, with him *David S. Malis*, for Edward Kolsky & Son, Inc., appellee.

PER CURIAM, January 3, 1949:
The judgment of the court below is affirmed on the opinion of President Judge MacNEILLE.